Date: 04/01/11 Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2005 Dated 04/01/11

Case Number 09-32867 - LEE, MANELA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| HealthEast Care System<br>PO Box 1450<br>Minneapolis MN 55485<br>0171 | 000002 | 405.00 | 1.97 |
| St Paul Radiology<br>166 4th Street E<br>St Paul MN 55101<br>s-3895 | 000003 | 3.58 | 0.02 |
| ---------- Remittance Total ---------- | | 408.58 | 1.99 |

MICHAEL J. IANNACONE, Trustee

RECEIVED 11 APR -6 AM 10:44 U.S. BANKRUPTCY COURT ST. PAUL, MN

RLC 3609

COURT1

Printed: 04/01/11 10:43 AM   Ver: 16.01c